# 05-18-00629-CV

ACCEPTED
05-18-00629-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/31/2018 5:23 PM
LISA MATZ
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | 05-18-00629-CV |
| **Appellate Case Style:** | In The Interest Of S.C. and K.C., Children |
| | **Vs.** |
| **Companion Case(s):** | |

## DOCKETING STATEMENT (Civil)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/31/2018 5:23:54 PM
LISA MATZ
Clerk

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☒ Person ☐ Organization | ☐ Lead Attorney   Select |
| Name: James Dondero | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm Name: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.     Ext.     Fax: | City/State/Zip: |
| Email: | Tel.     Ext.     Fax: |
| **II. Appellant Attorney(s)** | Email: |
| ☒ Lead Attorney   Retained | ☐ Lead Attorney   Select |
| Name: Scott S. Hershman | Name: |
| Bar No. 00793205 | Bar No. |
| Firm Name: | Firm Name: |
| Address 1: 3102 Oak Lawn Avenue | Address 1: |
| Address 2: Suite 777 | Address 2: |
| City/State/Zip: Dallas, TX 75219 | City/State/Zip: |
| Tel. (214) 560-2201   Ext.     Fax: (214) 560-2203 | Tel.     Ext.     Fax: |
| Email: | Email: |
| ☐ Lead Attorney   Select | ☐ Lead Attorney   Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm Name: | Firm Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.     Ext.     Fax: | Tel.     Ext.     Fax: |
| Email: | Email: |

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
| ☒ Person    Organization |    Lead Attorney     Select |
| Name: Rebecca Dondero | Name: |
|     Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm Name: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.     Ext.     Fax: | City/State/Zip: |
| Email: | Tel.     Ext.     Fax: |

## IV. Appellee Attorney(s)

☒ Lead Attorney     Retained

Name: Ira Bowman

Bar No. 24050316

Firm Name: Godwin Bowman & Martinez PC

Address 1: 1201 Elm St.

Address 2: Suite 1700

City/State/Zip: Dallas, TX 75270

Tel. (214) 939-4400     Ext.     Fax:

Email: IBowman@GodwinBowman.com

---

   Lead Attorney     Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

---

**IV. Appellee Attorney(s) - Continued**

   Lead Attorney     Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

---

   Lead Attorney     Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Email:

---

   Lead Attorney     Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.     Ext.     Fax:

Fax:

Email:

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Divorce

Date Order or Judgment signed: 05/24/2018          Type of Judgment: Bench Trial

Date Notice of Appeal filed in Trial Court: 05/29/2018

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:          Yes     × No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):          Yes     × No

    If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):          Yes     × No

Permissive? (See TRAP 28.3):          Yes     × No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):          Yes     × No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?          Yes     × No

    If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?          Yes     × No

Judgment or Order disposes of all parties and issues?          × Yes          No

Appeal from final judgment?          × Yes          No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?          Yes     × No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          Yes  × No          If yes, date filed:

Motion to Modify Judgment:          Yes  × No          If yes, date filed:

Request for Findings of Fact and Conclusions of Law:

    Yes  × No          If yes, date filed:

Motion to Reinstate:          Yes  × No          If yes, date filed:

Motion under TRCP 306a:          Yes  × No          If yes, date filed:

Other:          Yes  × No

    If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?     Yes  × No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?     Yes  × No

    If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?     Yes  × No

    Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?     Yes  × No

    Date of Order:

    If yes, trial court finding:     Challenge Sustained     Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

    Yes  × No

If yes, please attach a copy of the petition.

Date bankruptcy filed:

Bankruptcy Case Number:

## IX. Trial Court and Record

Court: 256th Judicial District

County: Dallas

Trial Court Docket No. (Cause No.):
    DF-1 1-16417

Trial Court Judge (who tried or disposed of the case):

    Name: David Lopez

    Address 1:  600 Commerce St.

    Address 2:  4th Floor

    City/State/Zip:  Dallas, TX 75202

    Tel. (214) 653-6410 Ext.     Fax:

    Email: cathy.sanchez@dallascounty.org

**Clerk's Record**

Trial Court Clerk:  ✓ District     County

Was Clerk's record requested?     Yes  ✓ No

    If yes, date requested:

    If no, date it will be requested: 06/18/2018

Were payment arrangements made with clerk?

    Yes  ✓ No     Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?    × Yes    No

Was Reporter's Record requested?    Yes   × No

    If yes, date requested:

    If no, date it will be requested: 06/18/2018

Was the Reporter's Record electronically recorded?    Yes   × No

Were payment arrangements made with the court reporter/court recorder?    Yes   × No    Indigent

| × Court Reporter    Court Recorder<br>× Official       Substitute | Court Reporter    Court Recorder<br>Official       Substitute |
|---|---|
| Name: Glenda Finkley | Name: |
| Address 1: 600 Commerce St. | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Dallas, TX 75202 | City/State/Zip: |
| Tel. (214) 653-6452 Ext.    Fax: | Tel.    Ext.    Fax: |
| Email: glenda.finkley@dallascounty.org | Email: |

## X. Supersedeas Bond

Supersedeas bond filed?    Yes   × No

    If yes, date filed:

    If no, will file?    Yes   × No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?    Yes   × No

    If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation
### (Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)

Should this appeal be referred to mediation?      Yes   × No

    If no, please specify:

Has this case been through an ADR procedure?  × Yes      No

    If yes, who was the mediator? Mark Whittington

    What type of ADR procedure?  Mediation

    At what stage did the case go through ADR?  × Pre-Trial      Post-Trial      Other

      If other, please specify:

Type of Case?  Divorce

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

    Whether trial court erred by (1) not granting Appellant at least expanded standard possession, (2) not lowering the amount of child support payable to Appellee, and (3) ordering Appellant to pay Appellee's SAPCR attorneys' fees or not modifying the SAPCR Fee Order.  The standard of review is abuse of discretion.

How was the case disposed of? Final Order in Suit for Modification

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages:

    Punitive (or similar) damages:

    Attorney's fees (trial):

    Attorney's fees (appellate):

    Other:

      If other, please specify: Modification of Second Amended Final Decree of Divorce

Will you challenge this Court's jurisdiction?      Yes   × No

Does judgment have language that one or more parties "take nothing"?      Yes   × No

Does judgment have a Mother Hubbard clause?      Yes   × No

Other basis for finality:

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex):　　1　　2　×3　　4　　5

Please make my answer to the preceding questions known to other parties in this case?　　Yes　× No

Can the parties agree on an appellate mediator?　　Yes　× No

   If yes, please give the name, address, telephone, fax, and email address:

   Name:

   Address:

   Telephone:　　　　　　　　　　Ext.

   Fax:

   Email:

Languages other than English in which the mediator should be proficient:


Name of the person filling out mediation section of docketing statement:

---

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court　　　　　　　　　　Docket:

Style:

  Vs.

---

Court: Select Appellate Court　　　　　　　　　　Docket:

Style:

  Vs.

---

Court: Select Appellate Court　　　　　　　　　　Docket:

Style:

  Vs.

---

Court: Select Appellate Court　　　　　　　　　　Docket:

Style:

  Vs.

---

Court: Select Appellate Court　　　　　　　　　　Docket:

Style:

  Vs.

---

Court: Select Appellate Court　　　　　　　　　　Docket:

Style:

  Vs.

| **XIV. Pro Bono Program:** |
| --- |
| **(Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)** |

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☒ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☒ No

    If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

|  | 05/31/18 |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
|  | 00793205 |
| Printed Name | State Bar No. |
| /s/ Scott S. Hershman |  |
| Electronic Signature (Optional) | Name |

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Scott S. Hershman

| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
|---|---|
| 00793205 |  |
| State Bar No. |  |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

| | |
|---|---|
| Date Served: | Date Served: |
| Manner Served: eServe | Manner Served: Select |
| Name: Ira Bowman | Name: |
| Bar No. 24050316 | Bar No. |
| Firm Name: Godwin Bowman & Martinez PC | Firm Name: |
| Address 1: 1201 Elm St. | Address 1: |
| Address 2: Suite 1700 | Address 2: |
| City/State/Zip: Dallas, TX 75270 | City/State/Zip: |
| Tel. (214) 939-4400    Ext.      Fax: | Tel.         Ext.      Fax: |
| Email: IBowman@GodwinBowman.com | Email: |
| Party: Rebecca Dondero | Party: Rebecca Dondero |

| | |
|---|---|
| Date Served: | Date Served: |
| Manner Served: Select | Manner Served: Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm Name: | Firm Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.         Ext.      Fax: | Tel.         Ext.      Fax: |
| Email: | Email: |
| Party: Rebecca Dondero | Party: Rebecca Dondero |

Date Served:

Manner Served: Select

Name:

Bar No.

Firm Name:

Address 1:

Address 2:

City/State/Zip:

Tel.         Ext.      Fax:

Email:

Party: Rebecca Dondero